(9 Misc. Rep. 337.)

### DENSLOW v. BUSH et al.

(Superior Court of New York City, General Term.　July 2, 1894.)

APPEAL—WHEN LIES—RULING ON DEMURRER.

An order sustaining a demurrer is not appealable where no interlocutory or final judgment has been entered.

Appeal from special term.

Action by Van Buren Denslow against Sarah M. Bush and others. From an order sustaining a demurrer to the complaint, plaintiff appeals.　Dismissed.

Argued before FREEDMAN and McADAM, JJ.

R. H. Griffin, for appellant.

Carter, Hughes & Kellogg, for respondents.

McADAM, J.　The special term judge made an order sustaining the demurrer interposed to the complaint, with leave to the plaintiff to amend on payment of costs.　No interlocutory or final judgment has been entered.　The appeal is from the order only, and such an appeal will not lie.　Bank v. Lynch, 76 N. Y. 514; Whitman v. Nichols, 16 Abb. Pr. (N. S.) 329; Lacustrine Fertilizer Co. v. Lake Guano & S. F. Co., 16 Hun, 484; Garner v. Harmony Mills, 6 Abb. N. C. 212, 45 N. Y. Super. Ct. 148; Bell v. Sun Co., 1 N. Y. Law Bul. 29; Trust Co. v. Pratt, 25 Hun, 23,—and similar cases.　For these reasons, the appeal must be dismissed, with costs.